Ricky Joe Shugart

5120 CR 2025
Ivanhoe, TX 75447

November 24th, 2015

Mailing Address:
TDCJ#1917471-BETO
1391 FM 3328
Tennessee Colony, TX
75880

Mrs. Louise Pearson, Clerk
Court of Criminal Appeals
P.O. Box 12308
Austin, Texas 78711-2308

Re: EX PARTE RICKY JOE SHUGART; WR-83883-01 (Dist. Ct Assigned No. CR-13-24788-A)

Dear Ma'am,

Please find enclosed for filing in the above Cause of Action, Petitioner's "Notice of Further Records on File Freely Available on Request" that I would like very much to ensure be brought to the reviewing Courts attention.

Please also note I have, on this day, served a true & correct copy on the Respondent State of Texas, District Criminal Attorney Richard Glaser, of Fannin County as required by rule (and by Class 1st Postal Mail).

Sincerely Yours, Ricky Joe

Thank You & God Bless

RECEIVED IN
COURT OF CRIMINAL APPEALS

DEC 08 2015

Abel Acosta, Clerk

| | |
|---|---|
| THE STATE OF TEXAS, ) | WRIT OF HABEAS CORPUS |
| VS. ) | DIST. CT. No CR-13-24788 |
| RICKY JOE SHUGART, ) | DIST. CT's Assigned No. CR-13-24788-A |
| _____ ) | TEX. CRIM. APP. No. WR-83883-01 |

## NOTICE OF FURTHER RECORDS ON FILE
## FREELY AVAILABLE ON REQUST

---

TO THE HONORABLE JUSTICES OF SAID COURT:         Dated: 11-21-15

Comes Now the Petitioner Mr. Shugart, and respectfully notifies this Honorable Court that records referenced in the Writ Petition are now on file in Case No. CV-15-42338, in the 336th Judicial District Court, Fannin County, Texas, 101 E. Sam Rayburn Dr., Bonham, Texas, should you desire to have a look at them. In particular, the "home video" given to Counsel for Mr. Shugart, Attorney Donald Hoover, which he refused to review, see, Writ brief "page 11", and the "Affidavit of Mrs. Brinlee" referred to at page 15 of the Writ "form", Conclusions, at "Ground Four" regarding forced Consent to search. Find these & conclusively proof of illegal Search & seizure at "Motion for Summary Judgment" Brief in Support, (video Ex. C; aff'd at "Affidavit of Cheryl Brinlee" W/EX.B).

Ricky Joe Shugart
512B CR 202?
Bonham, TX 75447
— May Justice Reign —

Ricky J. Shugart

Nov. 20, 2015

Ms. Louise Pearson, Clerk
Court of Criminal Appeals
P. O. Box 12308
Austin, TX 78711-2308

TDC#1917471
1391 FM 3328
Tennessee Colony, TX
75880

Re: Ex Parte Ricky Joe Shugart, CR-13-24788-A, Clerks Record
Sent 09-10-15, Status Inquiry

Dear Ma'm,

This letter is merely to inform you & the Honorable Court that the above matter is very much alive & not Moot. That, yes I'm here patiently anticipating the Court review.

Thank You Very Much
Ricky Joe